UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 1:11-cr-81

v.

                                HONORABLE PAUL L. MALONEY

CHRIS JOHNSON,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.      The Report and Recommendation of the Magistrate Judge (ECF No.166) is approved and adopted as the opinion of the Court.

      2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One of the Second Superseding Indictment.

      3.      The written plea agreement is hereby continued under advisement pending sentencing.

Date:   November 29, 2011                               /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge